IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:09CR43-1-RLV

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | SCHEDULING ORDER |
| | ) | |
| TIMOTHY DEWAYNE HEGGINS, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of Appeals, filed October 19, 2011[1], remanding this case for re-sentencing.

**IT IS, THEREFORE, ORDERED THAT:**

1) This matter is hereby scheduled for re-sentencing on **Monday, January 9, 2012, at 10 AM,** in the United States Courthouse, 200 West Broad Street, 2nd floor Courtroom, Statesville, North Carolina;

2) The United States Marshal is directed to return Defendant to the Western District of North Carolina **on or before December 23, 2011**; and

3) A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshal Service, United States Probation Office.

Signed: November 15, 2011

Richard L. Voorhees
United States District Judge

---

[1] Mandate issued on November 14. 2011.